IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIE FRED BAUCHAM,**

    **Plaintiff,**

v.    Case No. 4:15cv511-MW/CAS

**DEPUTY MICHAEL DUHART**
and
**OFFICER WESLEY CREAMER,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 60. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 29, is **DISMISSED** for failure to prosecute and failure to comply with court orders. The pending motion to dismiss, ECF No. 32, the motion for summary judgment filed by Defendant Creamer, ECF No. 38, and the motion

1

for summary judgment filed by Defendant Duhart, ECF No. 59, are **DENIED as moot**." The Clerk shall close the file.

 **SO ORDERED on February 25, 2017.**

          <u>s/Mark E. Walker</u>   \_\_\_\_
          **United States District Judge**